UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEANENE RUSH,

      Plaintiff,

v.                                 Case No:  8:25-cv-01410-JLB-TGW

GOLDMAN SACHS BANK,

      Defendants.
_____/

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. 84), recommending that Defendant Goldman Sachs Bank USA's Renewed Motion to Compel Arbitration (Doc. 75) be **GRANTED** and that the case be **STAYED** pending the outcome of the arbitration proceeding. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 84) is **ADOPTED** and made a part of this Order for all purposes.

2. Defendant Goldman Sachs Bank USA's Renewed Motion to Compel Arbitration (Doc. 75) is **GRANTED**.

3. The parties are **DIRECTED** to arbitrate this case promptly.

4. This case is **STAYED** pending the completion of the parties' arbitration.

5. The parties are **DIRECTED** to file a joint status report on February 2, 2026, and every sixty days thereafter, informing the Court on the arbitration proceedings. If the proceedings have concluded, or the parties' dispute has otherwise been resolved, the parties **SHALL** notify the Court within ten (10) days of either such event.

6. The Clerk of Court is **DIRECTED** to **STAY** this matter, place a **STAY FLAG** on this case, and administratively close the file until further order of the Court.

**ORDERED** in Tampa, Florida, on December 3, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE